DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK GRUDZIELANEK,**
Appellant,

v.

**MARK DAMERAU,**
Appellee.

No. 4D17-1718

[March 29, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2016-CA-008883-XXXX-MB.

Kevin F. Richardson and Christopher J. Ryan of Clyatt, Richardson & Ryan, P.A., West Palm Beach, for appellant.

Stephanie L. Serafin and Jane Kreusler-Walsh of Kreusler -Walsh Vargas & Serafin, P.A., West Palm Beach; and Charles D. Thomas of Thompson & Thomas, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***